UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL LEVI COLE,

    Plaintiff,

v.                                                                Case No.:  2:20-cv-524-SPC-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Nicholas P. Mizell's Report and Recommendation ("R&R") (Doc. 32).  Judge Mizell recommends affirming decision to deny Social Security benefits for Plaintiff Daniel Levi Cole.  Cole objects to the R&R (Doc. 34), to which Defendant Commissioner of Social Security did not respond.  The R&R is ripe for review.

When reviewing an R&R, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  When a party

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

makes specific objections to a magistrate judge's report, the district court engages in a *de novo* review of the issues raised. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

After a careful and independent review, the Court overrules the objections and adopts the R&R in full. Many—if not all—of Cole's objections are not objections at all. Rather, they merely rehash matters Judge Mizell thoroughly addressed. Yet the Court agrees with the well-reasoned R&R. In other words, Cole's strategy to copy and paste parts of the Joint Memorandum (Doc. 28) with the hope this Court disagrees falls short. And no further discussion is necessary.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Objections to the United States Magistrate Judge's Report and Recommendation (Doc. 34) are **OVERRULED**.

2. United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 32) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

3. The Commissioner of Social's decision is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on December 10, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record